82,566-01,02,03,04

August 16, 2015

ABEL ACOSTA, CLERK
TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308 Capitol Station
Austin, Texas 78711

IN RE: ISAIAS LUJAN PALACIOS, Writ No.s WR-82,566-01,02,03 & o4

TO THE HON. ABEL ACOSTA, CLERK:

Within the past year the Court of Criminal Appeals has received, filed and summarily Dismissed without review my proper and valid filings of my Art. 11.07 Writs of Habeas Corpus, some of which were supplements to the original but still issued their own numbers. At this time I require to be informed of which of the Justices performed this action as I have seen another inmate here in the system who was so apprised when it was requested. The White card Notice gives no indication.

This information is necessary otherwise I would not be bothering you for this information. I thank you for your attention to this matter and await your reply.

Respectfully requested,

/s/ _Isaias L Palacios_

Isaias L. Palacios   1709341
C.T. Terrell Unit   C3
1300 FM 655
Rosharon, Texas   77583

Dated & documented

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 19 2015
Abel Acosta, Clerk